UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONTEXT DIRECTIONS LLC,

    Plaintiff,

  v.

FITBIT, INC.,

    Defendant.

Case No. 22-cv-02847-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 8

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: June 8, 2022

_____
WILLIAM H. ORRICK
United States District Judge